of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. The motion of respondent for leave to proceed further *in forma pauperis* is also granted. *Messrs. John R. Norris* and *J. Ninian Beall* for petitioner. *Messrs. W. Hamilton Whiteford, William O. Tydings,* and *George A. Mahone* for respondent.

No. 872. GEORGIA *v.* EVANS ET AL. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Ellis Arnall,* Attorney General of Georgia, for petitioner. *Messrs. Hal Lindsay, Felix T. Smith, B. B. Taylor, Barry Wright, Allen Post,* and *Marion Smith* for respondents.

No. 910. A. B. KIRSCHBAUM Co. *v.* FLEMING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Wm. Clark Mason* and *Frederick H. Knight* for petitioner. *Solicitor General Fahy* and *Warner W. Gardner* for respondent.

No. 845. UNITED STATES *v.* CONSUMERS PAPER Co. March 2, 1942. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for petitioner. *Messrs. Fred B. Rhodes* and *Robert F. Klepinger* for respondent.

No. 924. ARSENAL BUILDING CORP. ET AL. *v.* FLEMING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR. March 2, 1942. Petition for writ